**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**DEMETRIUS FLOWERS**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　　　　　　**No. 3:07-CV-00067 GTE**

**CRAIGHEAD COUNTY JAIL, in his official
and individual capacity; OFFICER FRENCH;
JOHN DOES 1-2**　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

　　　Pursuant to the Order filed in this matter this date granting summary judgment in favor of Separate Defendant Kyle French,

　　　IT IS HEREBY CONSIDERED, ORDERED, AND ADJUDGED that all claims against Defendant French asserted in the Complaint be, and they are hereby, DISMISSED WITH PREJUDICE.

　　　IT IS SO ORDERED this  4th  day of October, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/Garnett Thomas Eisele
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE